IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JAMES DAVIS,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ALLY BANK,<br><br>　　　　Defendant. | **REPORT AND RECOMMENDATION**<br><br>Case No. 2:11-CV-42-CW |

　　　　Plaintiff James Davis filed his complaint in this action on January 18, 2011 (Doc. 3)　That same day, Plaintiff filed a motion for a telephonic hearing.　(Doc. 4.)　On February 10, 2011, Plaintiff filed a motion for service of process.　(Doc. 5.) The court denied both of those motions on March 29, 2011.　(Doc. 8.)　Having heard nothing from Plaintiff since his February 10, 2011 motion for service of process, on October 13, 2011, the court issued an order to show cause directing Plaintiff to explain within thirty days why his case should not be dismissed for failure to prosecute.　Plaintiff has not responded to the order to show cause.

　　　　As a result, **IT IS RECOMMENDED** that Plaintiff's complaint be dismissed.　*See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*,

370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

DATED this 16th day of December, 2011.

BY THE COURT:

_____
Samuel Alba
United States Magistrate Judge