IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>ALLY BANK,<br><br>    Defendant. | **ORDER**<br><br>Case No.  2:11-CV-042<br><br>Judge Clark Waddoups |

Before the court is the magistrate judge's report and recommendation (Dkt. No. 10) to dismiss Plaintiff's complaint for failure to respond to the magistrate judge's order to show cause (Dkt. No. 9).  Because the Plaintiff has further failed to object to the report and recommendation within 14 days, this court adopts the magistrate's report and recommendation.  *See* 28 U.S.C. § 636(b)(1).  Plaintiff's action is DISMISSED.

DATED this 20th day of April, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

1